UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Mag. No. 03-06157 |
| SOPHIA MERRITT | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Jacob T. Elberg, Assistant U.S. Attorney, appearing), and defendant SOPHIA MERRITT (David A. Holman, AFPD, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that she has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of her arrest; and the defendant through her attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8) the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 22nd day of March 2008,

ORDERED that the proceedings in the above-captioned matter are continued from March 9, 2008 to May 8, 2008; and

IT IS FURTHER ORDERED that the period between March 9, 2008 and May 8, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. MICHAEL A. SHIPP
United States Magistrate Judge

David A. Holman, AFPD
Attorney for Sophia Merritt

Date: _____